In the Matter of the Petition of JAMES J. POWERS, Appellant,
*v.* JAMES JOURDAN, as Receiver, etc., Respondent.

(Argued October 16, 1888; decided October 26, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made the second Monday of December, 1886, which reversed an order of Special Term directing James Jourdan, as receiver of the Brooklyn, Flatbush & Coney Island Railroad Company, to pay a bill of the petitioner for work and materials.

*Benjamin G. Hitchings* for appellant.

*William C. De Witt* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

———————

THE PEOPLE ex rel. HELEN C. BEARDSLEE, Appellant, *v.*
HENRY L. DOLGE, Commissioner, etc., Respondent.

(Argued October 16, 1888; decided October 26, 1888.)

APPEAL from order of the General Term of the Supreme Court, made July 1, 1887, which affirmed an order of the commissioner of highways of the town of Manheim, laying out a highway through the lands of relator.

*Samuel Earl* for appellant.

*C. J. Palmer* for respondent.

Agree to affirm on opinion of General Term.
All concur, except EARL, J., taking no part.
Judgment affirmed.